663 A.2d 638

IN THE MATTER OF MARK V. SILVERBERG,
AN ATTORNEY AT LAW.

September 13, 1995.

## ORDER

The Disciplinary Review Board having filed its decision with the Court on July 11, 1995, recommending that **MARK V. SILVERBERG** of **EAST BRUNSWICK,** who was admitted to the bar of this State in 1983, be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 8.4(c) (misrepresentation), and good cause appearing;

It is ORDERED that **MARK V. SILVERBERG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.